IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK CHARLES MENDIOLA,

Plaintiff,

v.

JOSEPH RIGGS, et al.,

Defendants.

No. 2:25-cv-3082-DC-ICD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 13)

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 23, 2026, ECF No. 13, are ADOPTED;

2. K-9 Sulley, a police dog, is dismissed as a defendant to this action; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge